| UNITED STATES BANKRUPTCY COURT  NORTHERN DISTRICT OF ILLINOIS | VOLUNTARY PETITION |
|---|---|

| Name of Debtor  Last, First  Mi.  PAPARTIS JOHN | Name of Joint Debtor  Last, First  Mi  PAPARTIS IRENE |
|---|---|
| All Other Names used by the Debtor in the last 6 years | All Other Names used by the Joint Debtor in the last 6 years |
| Soc. Sec./Tax I.D. No.        XXX-XX-4097 | Soc. Sec./Tax I.D. No.        XXX-XX-9851 |
| Street Address of Debtor  1512 Lakewood  Joliet, IL  60435 | Street Address of Joint Debtor  1512 Lakewood  Joliet, IL 60435 |
| County of Residence or of the    **WILL**  Principal Place of Business | County of Residence or of the    **WILL**  Principal Place of Business |
| Mailing Address of Debtor(if different from street address) | Mailing Address of Debtor(if different from street address) |

Location of Principal Assets of Business Debtor
(if different from street address above):

## INFORMATION REGARDING THE DEBTOR (CHECK THE APPLICABLE BOXES)

**Venue** (Check any applicable box)
[ ] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately  preceding the date of this petition or for a longer part of such 180 days than in any other District.
[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that Apply)  [X] Individual(s)          [ ] Railroad  [ ] Corporation          [ ] Stockbroker  [ ] Partnership          [ ] Commodity Broker  [ ] Other _____ | **Chapter or Section of the Bankruptcy Code  Under Which the Petition is Filed** (check one)  [] Chapter 7      [ ] Chapter 11      [X] Chapter 13  [ ] Chapter 9      [ ] Chapter 12  [ ] Section 304 – Case ancillary to foreign proceeding |
|---|---|
| **Nature of Debts** (Check one box)  [X] Consumer/non-business  [ ] Business | **Filing Fee** (Check one box)  [X] Full Filing Fee attached  [ ] Filing Fee to be paid in installments (Applicable to individuals only)    Must attach signed application for the court's consideration    certifying that the debtor is unable to pay fee except in installments.    Rule 1006(b). See official form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)  [ ] Debtor is a small business as defined in 11 U.S.C S 101  [ ] Debtor is and elects to be considered a small business under    11 U.S.C. s 1121(e) (Optional) | |

**Statistical/Administrative information** (Estimates only)

[X] Debtor estimates that funds will be available for distribution to unsecured creditors.

[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses
   paid, there will be no more funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [X ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50.001 to $100,000 | $100,001 to $500,000 | $500,001 to $1,000,001 | $1,000,001 to $10,000,001 | $10,000,001 to $50,00000 | $50,000,001 to $100,000,000 | More than $ 100,000,000 |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [X ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Debts**

| $0 to $50,000 | $50.001 to $100,000 | $100,001 to $500,000 | $500,001 to $1,000,001 | $1,000,001 to $10,000,001 | $10,000,001 to $50,00000 | $50,000,001 to $100,000,000 | More than $ 100,000,000 |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [X ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Voluntary Petition Page 2**

Prior or Related Bankruptcies
Name of Debtor:
Last, first middle       PAPARTIS, JOHN
                 PAPARTIS, IRENE

District:
Not applicable

**SIGNATURES**

I declare under penalty of perjury that
   the information provided in this petition
   is true and correct.
   (If petitioner is an individual whose debts
   are primarily consumer debts and has
   chosen to file under chapter 7) I am aware
   that I may proceed under chapter 7, 11, 12,
   or 13 of Title 11, United States Code,
   understand the relief available under each
   such chapter, and choose to proceed under
   chapter 7.
   I request relief in accordance with the
   chapter of Title 11, United States Code,
   specified in this petition.

               /s/ John Papartis

               /s/ Irene Papartis

**SIGNATURE OF ATTORNEY**

               /s/

Signature of Attorney for Debtor(s)
Paul C. Sheils, Attorney-at Law
110 W. Burlington Avenue
La Grange, Illinois 60525
(708) 579-5839
A.R.D.C. #  2573775

In re:_____    Case No. _____

## SCHEDULE A- REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as co tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "description and Location of Property."

do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H  W  J  C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1512 LAKEWOOD DR. JOLIET, IL 60435 | OWNER | JOINT | 180,000.00 | |
| VACANT LAND KENTUCKY | OWNER | JOINT | 21,000.00 | |
| | | | | |
| | Total | | 201,000.00 | |

In re _____        Case No. _____

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no personal property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and location of Property."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand. | | 1512 Lakewood Dr., Joliet, IL 60435 | | 100.00 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | LaSalle Bank | | 100.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | 1512 Lakewood Dr., Joliet, IL 60435 | | 500.00 |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | | 1512 Lakewood Dr., Joliet, IL 60435 | | 500.00 |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

In re _____          Case No. _____

SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in the Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

In re _____          Case No. _____

SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23.   Automobiles, trucks, trailers and other vehicles and accessories. | | 2001 Nissan Pathfinder<br>1990 Geo Tracker<br>2000 Dodge Ram | | 8,000.00<br>500.00<br>3,500.00 |
| 24.   Boats, motors, and accessories. | X | | | |
| 25.   Aircraft and accessories. | X | | | |
| 26.   Office equipment, furnishings and supplies. | X | | | |
| 27.   Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28.   Inventory. | X | | | |
| 29.   Animals. | X | | | |
| 30.   Crops, growing or harvested. Give particulars. | X | | | |
| 31.   Farming equipment and implements. | X | | | |
| 32.   Farm supplies, chemicals, and feed. | X | | | |
| 33.   Other personal property of any kind not already listed. Itemize. | X | | | |

Total >          $ 13,200.00

In re _____          Case No. _____

### SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions provided under 11 U. S. C. Section 522 (b)(2), and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Cash on hand | 735 IL COM STATS Sec 5/12-1001(b) | $ 100.00 | $ 100.00 |
| LaSalle Bank | 735 IL COM STATS Sec 5/12-1001(b) | $ 100.00 | $ 100.00 |
| Household Good | 735 IL COM STATS Sec 5/12-1001(b) | $ 500.00 | $ 500.00 |
| Wearing Apparel | 733 IL COM STATS Sec 5/12-1001(a) | $ 500.00 | $ 500.00 |
| 1512 Lakewood Dr. Joliet, IL 60435 | 735 IL COM STATS Sec 5/12-901 | $7,500.00 (H) $7,500.00 (W) | $ 180,000.00 |
| 1990 Geo Tracker | 735 IL COM STATS Sec 5/12-1001(c) | $1,200.00 (H) | $500.00 |
| 2000 Dodge Ram | 735 IL COM STATS Sec 5/12-1001(c) | $1,200.00 (W) | $3,500.00 |
| Vacant Land, Kentucky | 735 IL COM STATS Sec 5/12-1001(b) | $1,400.00 | $19,000.00 |

In re _____          Case No. _____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

[ ] Check is box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CLD | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|
| Wells Fargo Home Mortgage<br>Acct No. 2856330<br>C/o Jerry Walsh, Attorney<br>15W030 N. Frontage Rd. Suite 100<br>Burr Ridge, IL 60527 | | J | 1991<br>Mortgage<br>1512 Lakewood Dr.<br>Joliet, IL 60435<br>180,000.00 | | 107,949.32 | |
| MB Financial Bank<br>Acct No. 500010028809<br>C/o Kimberly Padjen, Attorney<br>208 S. LaSalle St. #1200<br>Chicago, IL 60604 | | J | 1996<br>2nd Mortgage<br>1512 Lakewood Dr.<br>Joliet, IL 60435<br>180,000.00 | | 43,111.18 | |
| BB&T Bank<br>Acct No. 90811964328001<br>P.O. Box 1793<br>Charleston, WV25326 | | J | 2000<br>Vacant Land<br>Kentucky<br>21,000.00 | | 19,000.00 | |
| Chrysler Financial<br>Acct No. 1002630417<br>P.O. Box 2993<br>Milwaukee, WI 53201-2993 | | J | 2000<br>Auto Loan<br>2000 Dodge Ram<br>$3,500.00 | | 5,000.00 | |
| Nissan Motor Acceptance Corporation<br>Acct No. 00102423442640001<br>P.O. Box 0502<br>Carol Stream, IL 60132-0502 | | J | 2001<br>Auto Loan<br>2001 Nissan Pathfinder<br>$8,000.00 | | 8,000.00 | |
| | | | Total | | 183,060.50 | |

In re _____        Case No. _____

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed on this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "x" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unadjudicated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled"Disputed." (You may need to place an "X" in more than one of these columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on thisSchedule E in the box labeled "Total" on the last sheet of the completed schedule, Repeat this total also on the Summary of Schedules.

[X] Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

[ ] Extensions of credit in an involuntary case

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U. S. C. Section 507(a)(2).

[ ] Wages, salaries, and commissions

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4000* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Section 507(a)(3).

[ ] Contributions to employee benefit plans

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U. S. C. Section 507(a)(4).

[ ] Certain farmers and fishermen

Claims of certain farmers and fishermen, up to a maximum of $4000* per farmer or fisherman, against debtor, as provided in 11 U. S. C. Section 507(a)(5).

[ ] Deposits by individuals

Claims of individuals up to a maximum of $1800* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided, as provided in 11 U. S. C. Section 507(a)(6).

[ ] Alimony, Maintenance, or Support

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U. S. C. Section 507(a)(7).

[ ] Taxes and other debts owed to governmental units

Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U. S. C. Section 507(a)(8).

[ ] Commitments to Maintain the Capital of an Insured Depository Institution

Claims based on commitments to the FCIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution as provided in 11 U. S. C. Section 507(a)(9).

*Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ continuation sheets attached

In re _____   Case No. _____

## SCHEDULE F  -  CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the property of the debtor as of the date of filing of the petition. Do not include claims listed in Schedules S and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

[ ] Check is box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF SO STATE. | C L D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| USA Federal Credit Union Visa<br>Acct No. 4388185654219735<br>P.O. Box 30495<br>Tampa, FL 33630 | | J | 5/03<br>Credit Card | L | 6028.42 |
| Carson Pirie Scott<br>P.O. Box 17633<br>Baltimore, MD 21297-1633 | | J | 6/02<br>Credit Card | L | 1520.44 |
| Marshall Fields<br>Acct No. 3243394967<br>P.O. Box 94578<br>Cleveland, OH 44101-4578 | | J | 9/01<br>Credit Card | L | 668.33 |
| Sears<br>Acct No. 5121071775661841<br>P.O. Box 182156<br>Columbus, OH 43218-2156 | | J | 4/03<br>Credit Card | L | 5042.16 |
| Sears<br>Acct No. 5121071766612380<br>P.O. Box 182156<br>Columbus, OH 43218-2156 | | J | 9/04<br>Credit Card | L | 4870.95 |
| Select Edition<br>Acct No. 4489000230034334<br>P.O. Box 856176<br>Louisville, KY 40285-6178 | | J | 7/02<br>Credit Card | L | 8844.09 |
| MBNA America<br>Acct No. 4313087743036601<br>P.O. Box 15288<br>Wilmington, DE 19886-5288 | | J | 3/03<br>Credit Card | L | 16238.09 |
| Capital One<br>Acct No. 4862362438195649<br>P.O. Box 790216<br>St. Louis, MO 63179-0216 | | J | 9/04<br>Credit Card | L | 351.51 |
| Bank of America<br>Acct No. 4427100009953758<br>C/o Client Services, Inc.<br>3451 Harry S. Truman Blvd.<br>St. Charles, MO 63301 | | J | 10/02<br>Credit Card | L | 14,954.60 |
| Discover Card<br>Acct No. 6011007442528930<br>C/o Client Services, Inc.<br>3451 Harry S. Truman Blvd.<br>St. Charles, MO 63301 | | J | 6/02<br>Credit Card | L | 3,757.95 |
| Capital One<br>Acct No. 5291491823576739<br>C/o Blitt & Gaines, PC<br>318 W. Adams St. #1600<br>Chicago, IL 60606 | | J | 10/03<br>Credit Card | L | 15,006.76 |

| | | Total | | 77,283.30 |
|---|---|---|---|---|

In re _____          Case No. _____

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

[X] Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDEDTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENTAL CONTRACT. |
|---|---|
| | |

In re _____          Case No. _____

SCHEDULE H - CODEBTORS

Provide information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signors. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

[X ] Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

In re _____     Case No. _____

## SCHEDULE I – CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Status: | RELATIONSHIP | AGE |
| Married | | |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Truck Driver | Homemaker |
| Name of Employer | Broadway Auto Wreckers | |
| How long employed | 3 weeks | |
| Address of Employer | 13545 S. Sacramento Blue Island, IL | |

**INCOME:** (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) . . . . . . . . . . . . . . . . . . $ | 1603.00 | $ 433.33 |
| Estimated monthly overtime . . . . . . . . . . . . . . . . . . . . . $ | | $ |
| SUBTOTAL . . . . . . . . . . . . . . . . $ | 1603.00 | $ 433.33 |

LESS PAYROLL DEDUCTIONS

| | DEBTOR | SPOUSE |
|---|---|---|
| a. Payroll axes and social security . . . . . . . . . . . $ | 320.66 | $ |
| b. Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . $ | | $ |
| c. Union dues . . . . . . . . . . . . . . . . . . . . . . . . . $ | | $ |
| d. Other (Specify): . . . . . . . . . . . . . . . . . . . . . $ | | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS . . . . . . . . . $ | 320.66 | $ 0 |
| TOTAL NET MONTHLY TAKE HOME PAY . . . . . . . . . . . . . . $ | 1282.34 | $ 433.33 |

| | DEBTOR | SPOUSE |
|---|---|---|
| Regular income from operation of business or profession or farm (attach detailed statement) . . . . . . . . . . . . . . . . . . . . . . . . . . $ | | $ |
| Income from real property . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | | $ |
| Interest and dividends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above . . . . . . . . . . . . . $ | | $ |
| Social security or other government assistance (Specify) _____ . . . . . . . . . . $ | | $ |
| Pension or retirement income . . . . . . . . . . . . . . . . . . . . . . . . $ | 1064.00 | $ 507.00 |
| Other monthly income (Specify) _____ . . . . . . . . . . $ | | $ |
| TOTAL MONTHLY INCOME . . . . . . . . . . . . . . . . . . . . . . . $ | 2346.34 | $ 940.33 |

TOTAL COMBINED MONTHLY INCOME        $ _____ 3286.67        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

        None

In re:_____        Case No. _____

### SCHEDULE J- CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

[] Check this box if a joint petition is filed and debtor's spouse maintains a separate household. If box is checked, complete a separate schedule of expenditures labeled "Spouse."

Rent or home mortgage payment (include lot rented for mobile home) . . . . . . . . . . . . . . . . . . . $ _____ 1145.00 _____
Are real estate taxes included?    Yes ___X___    No _____
Is property insurance included?    Yes ___X___    No _____
Utilities:    Electricity and heating fuel . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ 205.00 _____
        Water and sewer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ 28.00 _____
        Telephone. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ 50.00 _____
        Other _____ . . . . $ _____ 49.00 _____
Home maintenance (repairs and upkeep) . . . . . . . . . . . . . . . . . . . . . . $ _____ 50.00 _____
Food. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ 400.00 _____
Clothing. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____
Laundry and dry cleaning. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____
Medical and dental expense. . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ 20.00 _____
Transportation (not including car payments) . . . . . . . . . . . . . . . . . . . $ _____ 150.00 _____
Recreation, clubs and entertainment, newspapers, magazines, etc. . . . . . . . . . . $ _____
Charitable contributions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____
Insurance (not deducted from wages or included in home mortgage payments)
    Homeowner's or renter's. . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____
    Life. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____
    Health. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____
    Auto. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ 45.00 _____
    Other _____ . . . . $ _____

Taxes (not deducted from wages or included in home mortgage payments)
(Specify) _____ . . . . $ _____

Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan)
    Auto. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ 445.00 _____
    Other _____ 2nd Mortgage _____ . . . . $ _____ 250.00 _____
    Other _____ . . . . $ _____
    Other _____ . . . . $ _____

Alimony, maintenance, and support to others. . . . . . . . . . . . . . . . . . . . $ _____
Payments for support of additional dependents not living at your home. . . . . . . . . . . . . $ _____
Regular expenses form operation of business, profession, or farm (attach detailed statement) . . . . . . . . $ _____
Other _____ Education _____ . . . . $ _____
Other _____ . . . . $ _____

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) . . . . . . . . . . . . . . . . $ _____ 2732.00 _____
[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A.    Total projected monthly income. . . . . . . . . . . . . . . . . . . . . . . . . $ _____ 3286.67 _____
B.    Total projected monthly expenses. . . . . . . . . . . . . . . . . . . . . . . . $ _____ 2732.00 _____
C.    Excess income (A minus B) . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ 554.67 _____
D.    Total amount to be paid into plan each _____ month _____ . . . . $ _____ 450.00 _____
                                              (interval)

Case No._____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re _____                      Case No. _____

                                                    Chapter _____


**SUMMARY OF SCHEDULES**

| NAME OF SCHEDULE | ATTACHED YES/NO | NO. OF SHEETS | ASSETS | DEBTS | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $   201,000.00 | | |
| B - Personal Property | Yes | 3 | $   13,200.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 183,060.50 | |
| E - Unsecured Priority Claims | Yes | 1 | | $    -0- | |
| F - Unsecured Nonpriority Claims | Yes | 1 | | $ 77283.30 | |
| G - Executory Claims/ Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Debtor's Current Income | Yes | 1 | | | $   3286.67 |
| J - Debtor's Current Expenses | Yes | 1 | | | $ 2732.00 |
| | | 12 | | | |
| | | | $ 214,200.00 | | |
| | | | | $ 260,343.80 | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re _____          Case No. _____

STATEMENT OF FINANCIAL AFFAIRS

1.      Income from employment or operation of business:

        DEBTOR:

        | YEAR | SOURCE | AMOUNT |
        | --- | --- | --- |
        | 2003 | Social Security | 13,000. 00 |
        | 2004 | Social Security | 13,339.20 |

        SPOUSE:

        | YEAR | SOURCE | AMOUNT |
        | --- | --- | --- |
        | NONE | | |

2.      Income other than from employment or operation of business:

        | YEAR | SOURCE | AMOUNT |
        | --- | --- | --- |
        | 2003 | Social Security | 5,500.00 |
        | 2004 | Social Security | 5,928.00 |

3.      Payments to any one creditor of more than $600.00:
        a.      within 90 days of filing:

        | NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
        | --- | --- | --- | --- |
        | NONE | | | |

b.      Within one (1) year of filing for insiders:

| NAME AND ADDRESS OF CREDITORS AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| NONE | | | |

---

4.   Suits, executions, garnishments and attachments within one year:

a.

| CAPTION OF SUIT AND CASE NO. | NATURE OF PROCEEDING | COURT AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| 04 CH 2211 WELLS FARGO HOME MORTGAGE VS. JOHN PAPARTIS, ET.AL. | FORECLOSURE | WILL COUNTY JOLIET, IL | PENDING |
| 04 CH 1024 MB FINANCIAL BANK VS. JOHN & IRENE PAPARTIS | FORECLOSURE | WILL COUNTY JOLIET, IL | PENDING |

---

b.

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| NONE | | |

---

5.   Repossessions, foreclosures, and returns:

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

NONE

6.    Assignments and receiverships within 120 days of filing:

a. NAME AND ADDRESS          DATE OF              TERMS OF ASSIGNMENT
   OF ASSIGNEE               ASSIGNMENT           OR  SETTLEMENT

NONE

b. NAME AND ADDRESS       NAME AND LOCATION       DATE OF       DESCRIPTION
   OF CUSTODIAN           OF COURT CASE           ORDER         & VALUE OF
                          TITLE & NUMBER                        PROPERTY

NONE

7.    Gifts with a value of $100.00 or more made within one (1) year of filing:

NAME AND ADDRESS       RELATIONSHIP TO       DATE OF       DESCRIPTION AND
OF PERSON OR           DEBTOR, IF ANY        GIFT          VALUE OF GIFT
ORGANIZATION

NONE

8.    Losses within one (1) year of filing, from fire, theft, or other casualty, or gambling:

DESCRIPTION AND       DESCRIPTION OF CIRCUMSTANCES AND,          DATE
VALUE OF PROPERTY     IF LOSS WAS COVERED IN WHOLE OR IN         OF LOSS
                      PART BY INSURANCE, GIVE PARTICULARS

NONE

9.    Payment related to debt counseling or bankruptcy within one (1) year of filing:

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Paul C. Sheils, Attorney 110 W. Burlington Avenue La Grange, Illinois 60525 | February 7, 2005 | $ 1,500.00 |

10.    Other transfers within one year of filing:

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| JOHN WINTERFELTZ NO RELATIONSHIP | 2/4/05 | 19 FT. FISHER RUNABOUT $6,500.00 |

11.    Financial accounts closed within one year:

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| NONE | | |

12.    Safe deposit boxes containing debtor property within one year of filing:

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER |
|---|---|---|---|
| NONE | | | |

13.  Setoffs within 90 days of filing:

| NAMES AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

NONE

14.  Property held for another person:

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Edward Papartis 3234 Raymond Brookfield, IL 60513 | '00 Dodge Ram $ 3,500.00 | 3234 Raymond Brookfield, IL 60513 |

15.  Prior address of debtor within two years:

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

NONE

16.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case.

NAME OF SPOUSE OR FORMER SPOUSE

NONE

17a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

NONE

17b.   List the name and address of every site for which the debtor provided notice to a governmental
       unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was
       sent and the date of notice.

SITE NAME          NAME AND ADDRESS          DATE OF      ENVIRONMENTAL
AND ADDRESS        OF GOVERMENTAL UNIT       NOTICE       LAW

    NONE

_____

17c.   List all judicial or administrative proceedings, including settlements or orders, under my
       Environmental Law with respect to which the debtor is or was a party.

NAME AND ADDRESS           DOCKET NUMBER        STATUS OR
OF GOVERMENTAL UNIT                             DISPOSITION

    NONE

_____

18a.   Nature, location and name of business

NAME    TAXPAYER        ADDRESS        NATURE OF BUSINESS    BEGINNING AND
        I.D.  NUMBER                                        ENDING DATES

    NONE
_____

b.   Identify any business listed in 18a that is a "single asset real estate" .

NAME                       ADDRESS

    NONE

_____

DECLARATION CONCERNING DEBTOR'S
STATEMENT OF FINANCIAL AFFAIRS


       I declare under penalty of perjury that I have read the answers contained in the foregoing statement of fincial affairs and any
attachments thereto, consisting of a total of 5 sheets, and that they are true and correct.


                                signature:_____/s/_____John Papartis_____


                                signature:_____/s/_____Irene Papartis_____

In re _____          Case No. _____

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.      I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.      I intend to do the following with respect to the property of the estate which secures those consumer debts.

A.      PROPERTY TO BE SURRENDERED:

Description of property                                    Creditor's name

B.      PROPERTY TO BE RETAINED:

| Description of property | Creditor's name | Claimed exempt | Redeemed Section 722 | Reaffirmed Section 524 (c) |
|---|---|---|---|---|
|  |  |  |  |  |

signature:_____/s/ John Papartis_____

signature:_____/s/Irene Papartis_____

In re _____          Case No. _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.       Pursuant to 11 U.S.C. Section 329(a) and Bankruptcy rule 2016(b). I certify that I am the attorney for the above-named debtor(s) and that the compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with this bankruptcy case is as follows:

For legal services, I have agreed to accept…………………………………………………..   $   2,700

Prior to the filing of this statement I have received………………………………………   $   1,500

Balance Due………………………………………………………………………………   $   1,200

2.       The source of the compensation paid to me was:

[X  ] Debtor              [ ] Other (specify)

3.       The source of the compensation to be paid to me is:

[X] Debtor              [ ] Other (specify)

4.       [X]       I have not agreed to share the above compensation with any other person unless they are members or associates of my law firm:

[ ]       I have agreed to share the above-disclosed compensation with a person or persons who are not members of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.       In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.       Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.       Preparation and filing of any petition, schedules, statements, and plan which may be required;

c.       Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d.       Representation of the debtor in adversary proceedings and other contested bankruptcy matters; and

e.       (other provisions as needed)_____

_____

6.       By agreement with the debtor(s), the above-disclosed fee does not include the following services:_____

_____

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date:                                        _____
                                                /s/
                                            Paul C. Sheils, Attorney
                                            110 W. Burlington Avenue
                                            La Grange, Illinois 60525
                                            (708) 579-5839

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S)

**Chapter 7: Liquidation ($200 filing fee)**

1.      Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2.      Under Chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to the priorities of the Bankruptcy Code.

3.      The purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4.      Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused while driving while intoxicated from alcohol or drugs.

5.      Under certain circumstances you may keep property that you have purchased subject to a valid security interest. Your attorney can explain the options that are available to you.

**Chapter 13: Repayment of All or Part of the debts of an Individual with Regular Income ($194 filing fee)**

1.      Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for Chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.      Under Chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings, Usually the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3.      Under Chapter 13, unlike Chapter 7, you may keep all of your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4.      After completion of payments under your plan, your debts are discharged except for alimony and support payments, student loans, certain debts including criminal fines and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

**Chapter 11: Reorganization ($830 filing fee)**

Chapter 11 is designed primarily for reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision for an individual to file a Chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer ($230 filing fee)**

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to Chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

| | |
|---|---|
| _/s/John Papartis 2/8/05_ | _/s/Irene Papartis_ |
| Date | Date |