```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 04010
     JOHN PAPARTIS
     IRENE PAPARTIS                             CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
     SSN XXX-XX-4097     SSN XXX-XX-9851


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 02/08/05 and confirmed on 05/11/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $   51120.00 .

     4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                             PAID            PAID
------------------------------------------------------------------------------
WELLS FARGO                 CURRENT MORTG         .00            .00             .00
WELLS FARGO                 MORTGAGE ARRE     8688.10            .00         8688.10
MB FINANCIAL BANK           SECURED              .00            .00             .00
MB FINANCIAL BANK           MORTGAGE ARRE     8599.80            .00         8599.80
NISSAN MOTOR ACCEPTANCE     SECURED VEHIC        .00            .00             .00
BB & T BANKRUPTCY SECTIO    SECURED              .00            .00             .00
DAIMLER CHRYSLER FINANCI    SECURED VEHIC        .00            .00             .00
USA FEDERAL CREDIT UNION    UNSECURED         5754.20            .00         3017.19
SMC                         UNSECURED         1552.36            .00          813.97
MARSHALL FIELDS             UNSECURED        NOT FILED           .00             .00
RESURGENT CAPITAL SERVIC    UNSECURED         4999.27            .00         2621.35
RESURGENT CAPITAL SERVIC    UNSECURED         4842.16            .00         2538.97
RESURGENT CAPITAL SERVIC    UNSECURED         8930.17            .00         4682.50
ECAST SETTLEMENT CORPORA    UNSECURED        16238.09            .00         8514.38
CAPITAL ONE FINANCIAL       UNSECURED        NOT FILED           .00             .00
RESURGENT CAPITAL SERVIC    UNSECURED        15304.49            .00         8024.85
ECAST SETTLEMENT CORPORA    UNSECURED         3757.95            .00         1970.47
CAPITAL ONE FINANCIAL       FILED LATE           .00            .00             .00
          Summary of disbursements:

                       SECURED      PRIORITY    UNSECURED      OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    17287.90         .00      61378.69        .00       78666.59
PRINCIPAL PAID        17287.90         .00      32183.68        .00       49471.58
INTEREST PAID             .00          .00          .00         .00           .00
TOTAL PAID            17287.90         .00      32183.68        .00       49471.58
The Debtor's attorney, PAUL C SHEILS                  , was allowed $        .00
and was paid $       .00 .

The Trustee received $    1648.42 .
```

Refunds to the Debtor totaled $      .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/17/07                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE